# UNITED STATES DISTRICT COURT
for the

District of

Di

1:20-cv-01425
Judge Rebecca R. Pallmeyer
Magistrate Judge M. David Weisman

Robert Shapiro

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Department of Labor

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☐ Yes  ☐ No

**RECEIVED**

FEB 27 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

**I.  The Parties to This Complaint**

   **A.  The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Robert Shapiro
   Street Address: 450 Lexington Avenue Flr. 2 #
   City and County: New York, NY
   State and Zip Code: NY 1003
   Telephone Number:
   E-mail Address:

   **B.  The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

Defendant No. 1
- Name: Seamless
- Job or Title (if known): Employer
- Street Address:
- City and County: New York, New York
- State and Zip Code: New York
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Grubhub
- Job or Title (if known): Employer
- Street Address:
- City and County: Chicago Cook
- State and Zip Code: Illinois
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Lyft
- Job or Title (if known): Employer
- Street Address:
- City and County: Sussex/Essex
- State and Zip Code: Massachusetts
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Uber
- Job or Title (if known): Employer
- Street Address:
- City and County: Chicago Cook
- State and Zip Code: Illinois
- Telephone Number:
- E-mail Address (if known):

C. **Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Robert Shapiro / Grubhub |
| Street Address | 20 Summer Street |
| City and County | Boston |
| State and Zip Code | Massachusetts |
| Telephone Number | |

II. **Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☒ Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
☒ Relevant state law
☒ Relevant city or county law

III. **Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:

Food and Beverage, Delivery

B. Dates of employment:

2015 - 2018

C. Employee's job title and a description of the kind of work done:

Carrier, driver, deliverer, that was a food and beverage kind of job by carrier title, taxi license, safe service title, UCC

D. Rate, method, and frequency of wage payment:

per hour / rate of gratitude, electronic and direct deposit, at a weekly to daily frequency as a hired employee

E. Number of hours actually worked each week in which a violation is claimed:

20-30 hrs/wk, block scheduling at 2-4 hour shifts or intervals. (prescheduling)

F. Description of the alleged violation(s) *(check all that apply)*:

☒ Failure to pay the minimum wage *(explain)*

Frequently less than 20 hrs of available schedule at advertised wage 9-10/hr + gratuitors.

☒ Failure to pay required overtime *(explain)*

failure to provide over shift by block scheduling "not available" hours over 30? over 30 hours or 40 hrs rates at less than or

☒ Other violation(s) *(explain)*

Baker Act.

G. Date(s) of the alleged violation(s):

2015 - present (attached) determinations of terminating employment by Lyft, Grubhub, Amazon

H. Additional facts:

frequent snatching by other employees of the assigned route, deliveries, schedule blocks, or entire workplace 50-100 employees unionizing or by State agencies

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. *destroyed property by officer or official, replace stolen property - bicycles, workplace labor or shifts taken by reformers, deserters, television, storage,*

*wrongs are continuing present - are property that the stole cases paid for, personal documents, birth certificate, laceration ID's, license, work cellular phone or business tablet, book bag or labor from deprivation clause. - Northwestern bill - Prince George's bill - holds on shelter or addresses proof-dwa, u: discontinued)?*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/17/2020

Signature of Plaintiff: *Robert Shapiro*

Printed Name of Plaintiff: Robert Shapiro

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Pro Se 8 (Rev. 12/16) Complaint for Violation of Fair Labor Standards

| | |
|---|---|
| Name of Law Firm | EEOC, DOL, |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## CHARGE OF DISCRIMINATION

For Official Use Only – Charge Number:

EEOC Form 5A (October 2017)

**Personal Information**
- First Name: Robert Shapiro  MI: ___  Last Name: Shapiro
- Address: 450 Lexington Avenue Flr. 2  Apt.: ___
- City: New York  County: New York  State: NY  Zip Code: 10163
- Phone: 718-749-4558  Home ☐  Work ☒  Cell ☐  Email: ___

**Who do you think discriminated against you?**
- Employer ☐   Union ☐   Employment Agency ☒   Other Organization ☒
- Organization Name: Dispatch
- Address: ___  Suite: ___
- City: ___  State: ___  Zip Code: ___  Phone: ___

**Why you think you were discriminated against?**
- Race   Color   (Religion)   Sex   National Origin   Age
- Disability   Genetic Information   (Retaliation)   Other   (*specify*)

**What happened to you that you think was discriminatory?**

Date of <u>most recent job action</u> you think was discriminatory: ___
Also describe briefly <u>each job action</u> you think was discriminatory and when it happened (estimate).

**Signature and Verification**

I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.

I declare under penalty of perjury that the above is true and correct.

Signature: ___  Date: 02/21/2020



United States Court of Appeals for Veterans Claims
625 Indiana Ave., NW Suite 900
Washington, DC 20004
202-418-HELP (3453)
Attn:  Clerk of the Court
efiling@uscourts.cavc.gov

## CM/ECF EFILING REGISTRATION FORM FOR REPRESENTATIVES

This form is used to register for a valid user name and password that will allow all Filing Users to electronically file on the Court's Electronic Case Filing System.   The issued user name and password will allow the Filing User to electronically file and retrieve electronic docket sheets and documents that have been filed in the Court's CM/ECF System.

**NOTE**:   All CM/ECF Users must have and maintain an e-mail address to receive Notices of Electronic Docket Activity (Rule 1(a)(6)).

It is <u>mandatory</u> for all CM/ECF Users to complete the Court's posted training modules before submitting this form.

The following information is mandatory for registration:

Full Name:
   (First, Middle, Last)

Telephone Number:                                                                   Fax Number:

Email Address:
   (mandatory):

Firm Name:
   (if applicable)

Current Mailing Address:
   (include Suite #, City, State & Zip)

**NOTE**:   Per US Court of Appeals for Veterans Claims Miscellaneous Order No. 08-08, the use of the Court's Electronic Filing System is mandatory for all represented parties.   By submitting this registration form, the undersigned agrees to abide by all rules and all instructions posted on the Court's web site at www.uscourts.cavc.gov/electronic_filing and the items listed below:
1. The CM/ECF system is to be used by all CM/ECF Users to submit all documents except for case initiating documents (such as a Notice of Appeal or Petition for Extraordinary Relief) per E-Rule 2(c).
2. All filings must be submitted with an electronic signature and using the user name and login corresponding to the applicants signature on those filings (E-Rule 10 and E-Rule 1(a)(2)).
3. The participant is certifying by submitting this form that the required training has been completed.

## Please electronically sign and return this form via email to efiling@uscourts.cavc.gov.
**Your electronic signature must be what you intend to use for all future electronic documents.**
**See E-Rule 1(a)(2) for formatting**

Applicant's Signature:

Date Submitted:

Form E-1
(Rev.09-11 )

# **INSTRUCTIONS**
# E-Filing Registration Form For Representatives



United States Court of Appeals for Veterans Claims
625 Indiana Ave., NW Suite 900
Washington, DC 20004
202-418-HELP (3453)
Attn:   Clerk of the Court
efiling@uscourts.cavc.gov

### CM/ECF E-FILING REGISTRATION FORM FOR REPRESENTATIVES

This form is used to register for a valid user name and password that will allow registrants to electronically file on the Court's Electronic Case Filing System.

The form must be saved as a PDF file, filled out, and then submitted via e-mail to:
efiling@uscourts.cavc.gov

All form fields are mandatory and must include the registrant's electronic signature.

This court recognizes the following format for electronic signature:
/s/ Typed Registrant's Name

**NOTE:**   Each registrant must complete the training before submitting this form.   By submitting the form, the registrant is certifying that the training has been completed as required.

**REMINDER:   All CM/ECF Users must keep their email address updated with the Court to receive electronic docket notices (service).**

Personal
Income
Deductions / Credits
Misc
Summary
State
Filing

Add / Edit / Delete Wages (Form W-2)

**Listed below are the *W-2* form(s) that you've already entered on your return. Please make sure that you haven't entered any *W-2* more than once.**

Click *Edit* if you need to change existing *W-2* information. Click *Delete* to remove a *W-2* form from your tax return.

| Employer Name | Person Name | |
|---|---|---|
| SE SHER CORPORATION | ROBERT | EditDelete |
| RUTGERS UNIVERSITY | ROBERT | EditDelete |
| TARGET CORPORATION | ROBERT | EditDelete |
| CHROMOCELL CORPORATI ... | ROBERT | EditDelete |
| RUTGERS UNIVERSITY | ROBERT | EditDelete |

**Do you need to enter any additional *W-2* forms for wages and salaries?**

Previous Page                                            YesNo

Personal
Income
Deductions / Credits
Misc
Summary
State
Filing

**Income Selection**

**Common Income**
Wages (W-2)
Interest Income (1099-INT)
Dividend Income (1099-DIV)
Unemployment Compensation
Social Security Benefits (SSA-1099)
Retirement Income (1099-R)
Taxable State Refund (1099-G)
Stocks or Investments Sold (1099-B)
Capital Loss Carryovers

**Business Income**
Form 1099-MISC
Business Income (Schedule C)
Partnership Income (Schedule K-1)

S Corporation Income (Schedule K-1)
Rental Income (Schedule E)
Farm Income (Schedule F)

**Uncommon Income**
Gambling Income (W-2G)
Original Issue Discount Income (1099-OID)
Estate and Trust Income (Schedule K-1)
Seller-Financed Loan Interest
Royalty Income (Schedule E)
Unreported Tips
Home Sale
Canceled Debt (1099-C or 1099-A)
Tuition Program Distributions (1099-Q)
Other Income

Income Summary

Form 1098-T Information

Enter the following information from the *Form 1098-T* that belongs to Robert for RUTGERS THE STATE UNIVERSITY OF NJ:

| | |
|---|---|
| Federal Identification Number: | 22-6001108 |
| Payments received for qualified tuition and related expenses (*Box 1*): | $ |
| Amounts billed for qualified tuition and related expenses (*Box 2*): | $ 7,606 |
| Adjustments made for a prior year (*Box 4*): | $ |
| Scholarships or grants (*Box 5*): | $ 6,859 |
| Adjustments to scholarships or grants for a prior year (*Box 6*): | $ |
| Includes amounts for academic year beginning January - March 2015 (*Box 7*): | ☐ |
| Insurance contract reimbursement (*Box 10*): | $ |

Previous Page        Save and Continue

RE: Overdue Bala    ce                                                        9/8/16

From: Wishart Alleyne                                                         Info

Hello  C004000931  Shapiro, Robert E
Our cord shows  the following charges

---

OWED BY= C004000931  Shapiro, Robert E         SSN #####5641  UNI res2195
MAC3:       MAC4:     PBIL:   DREL:  TPTY:      AMT OWED:  2,024.49
TERM:       SCHL:     DIVN:   DEPT:  CAMP:      AMT DUE.:  2,024.49
BPGM:       DEAL:     EXEM:   IPLN:  Uu TS:     DDEP: Y CW: Y
************************* BROWSE CRITERIA ************************** ER:
* TERM:     TC:    C/P CODE:    ITEM REFERENCE:           *
******************************************************************
ACCPT DATE TERM   TC CODE  C/P NAME    ITEM REF  IND EF/EX DATE  AMOUNT
========== ---- -- --- ----------- ----------- - -------- ----------
2016/02/27 2016 1 C  1LC2  LATE PAY CHG      E  2016/02/26    28.67
2016/01/30 2015 3 C  1LC2  LATE PAY CHG      E  2016/01/29    28.67
2015/12/12 2015 3 C  1LC2  LATE PAY CHG      E  2015/12/11    28.67
2015/11/07 2015 3 C  1LC2  LATE PAY CHG      E  2015/11/06    26.97
2015/10/28 2015 3 C  1M12  MEDI INS        E  2015/10/28   -459.00
2015/10/28 2015 3 C  1H12  HRSF MORN         E  2015/10/28    475.00
2015/10/23 2015 3 C  1FLX  Flex Account    E  2015/10/15    -36.49
2015/10/23 2015 3 C  1DD   Din. Dollars  E  2015/10/15    -50.00
2015/10/21 2015 3 C  1LC2  LATE PAY CHG      E  2015/10/20   -343.18
2015/10/13 2015 3 C  1FLX  Flex Account      E  2015/10/10    150.00
2015/10/10 2015 3 C  1LC2  LATE PAY CHG      E  2015/10/09    343.18
2015/10/10 2015 3 C  1FLX  Flex Account      E  2015/10/09     75.00
2015/10/10 2015 3 C  1DD   Din. Dollars  E  2015/10/09     50.00
2015/10/03 2015 3 C  1FLX  Flex Account      E  2015/10/02    150.00
2015/09/30 2015 3 C  1FLX  Flex Account      E  2015/09/29    200.00
2015/09/24 2015 3 C  1FLX  Flex Account      E  2015/09/23    200.00
2015/09/18 2015 3 C  1FLX  Flex Account      E  2015/09/17    100.00
2015/09/12 2015 3 C  1TRF  Document Fee      E  2015/09/01    105.00

 2015/09/12 2015 3 C  1M12  MEDI INS          E  2015/09/12   1,057.00

Sincerely,
Wishart Alleyne
Senior Accounts Representative
Student Financial Services



Unable t     connec

# EQUIFAX DATA BREACH SETTLEMENT

## Thank You

Based on the information you provided, our records indicate your personal information was impacted by this incident.

For more information, visit the **FAQ page**.

FILE A CLAIM